**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE REED,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRADLEY BOOHER, et al.,** | : | No.   25-cv-1813 |
| *Respondents*. | : | |

## ORDER

**NOW**, this **27th** day of **February 2026**, upon consideration of Petitioner's Motion to Stay the Petition for Habeas Corpus Relief (ECF No. 15), Petitioner's supplemental briefing (ECF No. 18), the Report and Recommendation filed by United States Magistrate Judge Pamela A. Carlos (ECF No. 19), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1.     The Report and Recommendation of Magistrate Judge Pamela A. Carlos is **APPROVED** and **ADOPTED**;

2.     The Petition for Writ of Habeas Corpus is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state court proceedings; and

3.      Petitioner shall file a Status Report within 30 days of the entry of final judgment in his state court proceedings advising the Court whether he intends to proceed with the Petition and pursue federal habeas corpus relief.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**